# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2024.

_____

No. 3D23-803
Lower Tribunal No. 22-7986

_____

**Med Rehab Therapy Center Inc., et al.,**
Appellants,

vs.

**Direct General Insurance Company**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Christian Carrazana, P.A., and Christian Carrazana, for appellants.

McFarlane Law, McFarlane Dolan & Prince, and William J. McFarlane III and Michael K. Mittelmark (Coral Springs), for appellee.

Before LOGUE, C.J., and LINDSEY and LOBREE, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

Based on the appellee's proper confession of error, we reverse the order denying the appellants' motion to intervene because the appellants'

interest in the litigation is "of such a direct and immediate character that [they] will either gain or lose by the direct legal operation and effect of the judgment." Union Cent. Life Ins. Co. v. Carlisle, 593 So. 2d 505, 507 (Fla. 1992) (quoting Morgareidge v. Howey, 78 So. 14, 15 (Fla. 1918)); see also Accident911 Help Med. Ctr. Corp. v. Direct Gen. Ins. Co., 48 Fla. L. Weekly D1700 (Fla. 3d DCA Aug. 23, 2023).

Reversed and remanded.